THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WARREN C. SMITH, Appellant.— Application for an extension of time within which to perfect appeal. Application granted and time to perfect appeal, file and serve record and brief is extended to October 20, 1959 and the case is to be ready for argument at the November Term of this court. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

FREDERICK E. O'HERRON, Appellant, v. SOUTHERN TIER STORES, INC., Respondent.— Application to add case to the calendar for the present term of this court. Application denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN JOSEPH HILL, JR., Appellant.— Application for an order adding the above entitled appeal to the calendar for the present term of this court denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

In the Matter of ADLER'S CREAMERY, INC., against COMMISSIONER OF AGRICULTURE AND MARKETS OF THE STATE OF NEW YORK, Respondent.— Application for an order adding the above proceeding to the calendar of the present term of court denied, without costs. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD EDWARD KING, Appellant.— Time of the appellant within which to perfect appeal is extended until October 1, 1959. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

In the Matter of FRANCIS BECKER, Appellant, against BOARD OF EDUCATION OF MIDDLEBURGH CENTRAL SCHOOL DISTRICT No. 1, OF THE TOWNS OF MIDDLEBURGH, FULTON, BROOME, BLENHEIM AND SCHOHARIE, SCHOHARIE COUNTY, AND BERNE, ALBANY COUNTY, Respondent.— Application by counsel for the New York State Teachers Association for leave to file a brief *amicus curiæ* and argue orally on the appeal. Application for leave to file a brief *amicus curiæ* granted; leave to argue orally denied. Counsel for respondent may have a reasonable time to file a reply brief if he is so advised. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

BERKSHIRE MUTUAL FIRE INSURANCE COMPANY, Appellant, v. STATE OF NEW YORK, Respondent. DANIEL W. BRONSON, an Infant, by HARRY M. BRONSON, His Guardian ad Litem, Appellant, v. STATE OF NEW YORK, Respondent. HARRY M. BRONSON, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants file and serve record and brief and case is ready for argument at the June Term of this court, in accordance with the stipulation. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

In the Matter of the Probate of the Will of HARRY CHERKOFF, Deceased. HARRY C. RESNICK, Respondent; NETTIE HALBERT et al., Appellants. — Motion to add the above-entitled cause to the present calendar of this court. Motion denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY PETER RIELA, Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted in accordance with stipulation and the time to file the record on appeal is extended until April 15, 1959 and the time to argue said appeal is extended 90 days from the date of the filing of the record herein. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.